IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN FLYNN, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>EXTREME FLOORING, et al., )<br><br>Defendants. ) | Civil Action No. 07-2304 (RWR) |

**DECLARATION OF IRA MITZNER IN SUPPORT OF**
**SERVICE OF SUMMONS AND COMPLAINT**

Pursuant to 28 U.S.C. § 1746, I, **IRA R. MITZNER**, hereby declare as follows:

1.  I am a partner with the firm of Dickstein Shapiro LLP and the counsel to the Plaintiffs in the above-captioned case.

2.  On January 9, 2008, service of the Summons and Complaint in this action was made upon Extreme Flooring by delivering said documents at 5813 Middleton Court, Camp Springs, Maryland 20748 upon Christine Rohlfs, authorized to accept service on behalf of Extreme Flooring.

3.  Proof of such service is provided by the Declaration of process server, Melvin M. Shapiro, attached hereto as Exhibit A.

4.  On January 2, 2008 service of the Summons and Complaint in this action was made upon Nationwide Flooring Services, Inc. by delivering said documents at 6203 Kirby Road, Clinton, Maryland 20735 upon Sara Lanette, authorized to accept service on behalf of Nationwide Flooring Services, Inc.

5. Proof of such service is provided by the Declaration of process server, Melvin M. Shapiro, attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.

Date: 3/6/08

Ira R. Mitzner

# Exhibit A

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

John Flynn, et al.

vs.

Extreme Flooring, et al.

No. 1:07-CV-02304

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

    I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons, Initial Electronic Case Filing Order, Consent to Proceed Before a United States Magistrate Judge for All Purposes, Complaint and Exhibits in the above entitled case, hereby depose and say:

    That my date of birth / age is 09-06-1941.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 6:30 am on January 9, 2008, I served Extreme Flooring at 5813 Middleton Court, Camp Springs, Maryland 20748 by serving Christine Rohlfs, Officer, authorized to accept. Described herein:

```
  SEX-     FEMALE
  AGE-     31
HEIGHT-    5'10"
  HAIR-    BLACK
WEIGHT-    200
  RACE-    WHITE
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  1-9-08
              Date

MELVIN M. SHAPIRO
1827 18th Street, NW
Washington, DC 20009
Our File#- 199396

# Exhibit B

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

John Flynn, et al.

vs.

Extreme Flooring, et al.

No. 1:07-CV-02304

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, MELVIN M. SHAPIRO, having been duly authorized to make service of the Summons, Initial Electronic Case Filing Order, Consent to Proceed Before a United States Magistrate Judge for All Purposes, Complaint and Exhibits in the above entitled case, hereby depose and say:

That my date of birth / age is 09-06-1941.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:25 pm on December 31, 2007, I served Nationwide Flooring Services, Inc. at 6203 Kirby Road, Clinton, Maryland 20735 by serving Sara Lanette, Manager, authorized to accept. Described herein:

    SEX-    FEMALE
    AGE-    33
    HEIGHT- 5'6"
    HAIR-   BLONDE
    WEIGHT- 165
    RACE-   WHITE

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 1/7/08
         Date

MELVIN M. SHAPIRO
1827 18th Street, NW
Washington, DC 20009
Our File#- 199395

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Declaration of Ira Mitzner in Support of Service of Summons and Complaint and related exhibits were served by first class mail, postage prepaid, this 6th day of March 2008, upon:

>Extreme Flooring
>5813 Middleton Court
>Camp Springs, Maryland 20748
>
>Nationwide Flooring Services, Inc.
>6203 Kirby Road
>Clinton, Maryland 20735

_____
Joanne Jackson