CO-538
Rev. 3/87

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, et al.,
         Plaintiffs,

vs.

EXTREME FLOORING, et al.,
         Defendants.

Civil Action No. 07-2304 (RBW)

### AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 12th day of March, 2008, that I am the attorney of record for the plaintiff in the above-entitled case; that the defendant(s) Extreme Flooring and Nationwide Flooring Services, Inc. was [were]: [personally served with process on Jan. 9, 2008 and Jan. 2, 2008

OR

[served via registered or certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on (date the return receipt was signed by addressee): _____].

OR

[served via First Class Mail pursuant to provisions of Rule 4(C)(ii) of the Federal Rules of Civil Procedure on (date the Acknowledgment Form was signed by addressee): _____].

[The authority for obtaining personal jurisdiction over the defendant served outside the District of Columbia is: 29 U.S.C. Section 1132(e)(2) ].

I further certify under penalty of perjury that no appearance has been entered by said defendant(s) in this case; no pleading has been filed and none served upon the attorney for the plaintiff(s); [no extension has been given and the time for filing has expired] [although an extension has been given, the time for filing has expired]; that the defendant is neither an infant nor an incompetent person.

The Clerk is requested to enter a Default against said defendant(s).

Attorney for Plaintiff(s) [signature]
Ira R. Mitzner
Dickstein Shapiro LLP
1825 Eye St., N.W., Washington, DC 20006

184564
Bar Id. Number

Address and Telephone Number (202) 420-2200

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Affidavit in Support of Default was served by first class mail, postage prepaid, this 12th day of March 2008, upon:

Extreme Flooring
5813 Middleton Court
Camp Springs, Maryland 20748

Nationwide Flooring Services, Inc.
6203 Kirby Road
Clinton, Maryland 20735

Joanne Jackson

2407036