Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

JOHN FLYNN, ET AL.,

    Plaintiff(s)

Civil Action No. 07-2304 RBW

v.

EXTREME FLOORING, ET AL.,

    Defendant(s)

RE: DEFENDANTS
EXTREME FLOORING and
NATIONWIDE FLOORING SERVICES, INC.,

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 1/9/08, and an affidavit on behalf of the plaintiff having been filed, it is this 13th day of March, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Tawana Davis

Deputy Clerk